IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07- 16-UNA |
| BRITTNEY LAUREN WARREN | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNTS I-XXVII

From in or around April 25, 2006, through on or about August 15, 2006, in the District of Delaware, Brittney Lauren Warren, the defendant, while a Postal Service employee, did knowingly steal twenty-seven checks that were contained in mail matter that had been entrusted to her possession with the intent to be conveyed by mail:

| COUNT | DATE OF OFFENSE | CHECK AMOUNT |
|---|---|---|
| 1 | April 25, 2006 | $210.00 |
| 2 | May 3, 2006 | $122.00 |
| 3 | May 9, 2006 | $297.00 |
| 4 | May 10, 2006 | $100.00 |
| 5 | May 18, 2006 | $305.00 |
| 6 | May 25, 2006 | $301.00 |
| 7 | June 8, 2006 | $297.00 |
| 8 | June 14, 2006 | $224.00 |
| 9 | June 20, 2006 | $141.00 |
| 10 | June 20, 2006 | $198.00 |
| 11 | June 21, 2006 | $330.00 |
| 12 | July 7, 2006 | $468.00 |

FILED

FEB 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| 13 | July 7, 2006 | $936.00 |
| --- | --- | --- |
| 14 | July 11, 2006 | $297.00 |
| 15 | July 11, 2006 | $296.00 |
| 16 | July 20, 2006 | $297.00 |
| 17 | July 20, 2006 | $152.00 |
| 18 | July 26, 2006 | $330.00 |
| 19 | August 2, 2006 | $301.00 |
| 20 | August 2, 2006 | $161.00 |
| 21 | August 2, 2006 | $177.00 |
| 22 | August 8, 2006 | $297.00 |
| 23 | August 8, 2006 | $297.00 |
| 24 | August 8, 2006 | $198.00 |
| 25 | August 15, 2006 | $225.00 |
| 26 | August 15, 2006 | $280.00 |
| 27 | August 15, 2006 | $325.00 |

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *Robert F. Kravetz*
Robert F. Kravetz
Assistant United States Attorney

Dated: February 6, 2007