AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
BRITTNEY LAUREN WARREN

Wilmington, DE 19801

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 07-16 (UNA)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Courtroom #6C, 6th Floor** |
| | Date and Time<br>3/1/07 at 1:00 PM |
| Before: Honorable Mary Pat Thynge, United States Magistrate Judge | |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)
X Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___1709___

Brief description of offense:

THEFT OF MAIL MATTER BY A POSTAL EMPLOYEE

FILED
2007 MAR -5 AM 9:45
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Evette Watson, Deputy Clerk_
Signature of Issuing Officer

February 12, 2007 in Wilmington, DE
Date

FILED
MAR 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me | Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  2-28-07
Date

_DW Thomas_
Name of United States Marshal

_BT Peters_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

D.I. #_____

CRIM **ACTION NUMBER:** _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website
    OFFICIAL
Postage       $
Certified Fee
Return Reciept
(Endorsement R...)            Postmark
Restricted                    Here
(Endorsement...)
Street,
or PO Box
City, State,

7004 1160 0006 7939 8807
PS Form 3800, June 2002       See Reverse for Instructions
```

Brittney Lauren Warren
Wilmington, DE 19801