# UNITED STATES DISTRICT COURT

DISTRICT OF _____DELAWARE_____

UNITED STATES OF AMERICA
V.
BRITTNEY LAUREN WARREN

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 07-16-GMS

WILMINGTON, DE 19801

(Name and Address of Defendant)



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Courtroom #6C, 6th Floor** |
| | Date and Time |
| Before:    Honorable Mary Pat Thynge, United States Magistrate Judge | 4/19/07 AT 1:00 pm |

**\*\* Please report to the U.S. Marshal's in Rm #100 by 12:00 PM**

To answer a(n)

X Indictment    x Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____18_____ United States Code, Section(s) _____1709_____

Brief description of offense:

THEFT OF MAIL BY A POSTAL EMPLOYEE - ( COUNTS I THRU XXVII )

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: /s/ ; DEPUTY CLERK      APRIL 12, 2007    at Wilmington, DE
Signature of Issuing Officer                  Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: _residence_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _4-19-07_
          Date

_D W Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. 12/85) Summons in a Criminal Case