IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 07-16-GMS |
| | ) |
| BRITTNEY LAUREN-WARREN, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR STATUS CONFERENCE**

NOW COMES the United States, by and through its attorney Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and hereby moves for the Court to schedule a status conference in the above-captioned matter. In support of this motion, the United States asserts that the initial pretrial motions deadline of May 12, 2007, has passed, and that defendant Brittney Lauren Warren has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

Respectfully Submitted,

COLM F. CONNOLLY

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: June 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 07-16-GMS |
| | ) |
| BRITTNEY LAUREN-WARREN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

At Wilmington this _____ day of _____ 2007, having considered the Government's Motion for a Status Conference, IT IS ORDERED that the Government's motion is GRANTED and that a status conference shall commence on _____, at _____,

IT IS FURTHER ORDERED that the time between _____, and _____, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F).

                                                                                    _____
                                                                                    Hon. Gregory M. Sleet
                                                                                    United States District Judge