IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-16-GMS |
| | ) | |
| BRITTNEY LAUREN WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS COUNTS 2-27 OF THE INDICTMENT**

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant

United States Attorney for the District of Delaware, and hereby moves this Honorable Court to

dismiss Counts 2-27 of the Indictment returned against Defendant Brittney Lauren Warren on

February 6, 2007, pursuant to the terms of the plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By:_____
Robert F. Kravetz
Assistant United States Attorney

Dated: November 1, 2007

SO ORDERED this ___1___ day of November 2007.

_____
Honorable Gregory M. Sleet
Chief United States District Judge